# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1916
Lower Tribunal No. F04-6787
_____

**Richard Ross,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Richard Ross, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 812.13(2)(a), Fla. Stat. (2006) ("If in the course of committing the robbery the offender **carried a firearm** or other deadly weapon, then the robbery is a felony of the first degree, punishable by imprisonment for a term of years not exceeding life imprisonment . . . .") (emphasis added); <u>Brown v. State</u>, 458 So. 2d 313, 314 (Fla. 5th DCA 1984) (noting that armed robbery "is already an enhanced charge under the robbery statute" because the legislature added, as an essential element, the carrying of a firearm or other deadly weapon, and made such crime a first-degree felony punishable by life); <u>Jackson v. State</u>, 175 So. 3d 368, 369–70 (Fla. 3d DCA 2015) (holding that because the defendant was charged with and convicted of a first-degree felony punishable by life, in which a firearm or weapon was an essential element of the offense, the life sentence imposed was lawful without regard to, or reliance on, reclassification or enhancement statutes).